The First Italian State Bank, defendant in error, v. Fratelli Cannato, plaintiff in error. Gen. No. 30,273.

Judgment by confession. Motion to vacate denied. Error to the

Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded with directions. Opinion filed February 2, 1926.

Cairoli Gigliotti, for plaintiff in error. No appearance for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.